IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAMIEN MICHAEL DUFFEY,<br><br>Defendant. | CR 24–26–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States' motion for final order of forfeiture. (Doc. 35.) Having reviewed said motion, the Court finds:

1.   The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2.   A Preliminary Order of Forfeiture was entered on November 19, 2025. (Doc. 33.)

3.   All known interested parties were provided an opportunity to respond and publication has been effected as required by 18 U.S.C. § 853(n)(1). (Doc. 34.)

4.   It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1

1.      The motion for final order of forfeiture (Doc. 35) is GRANTED.

2.      Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Taurus, model PT945, .45 caliber pistol, serial number NOA36336; and

- Any accessories and ammunition, including 8 rounds of .45 caliber ammunition.

3.      The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 29th day of January, 2025.

Dana L. Christensen, District Judge
United States District Court

2